=============================================================================

# *UNITED STATES DISTRICT COURT*
## --------------- DISTRICT OF MARYLAND ---------------

APPEARANCE

UNITED STATES OF AMERICA

v.                                               CASE NUMBER: 15-1997-BPG

DARIUS RAYMOND STEWART

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Darius Raymond Stewart.  I certify that

I am eligible to practice in this court.

Date:   October 5, 2015

                                        /S/

_____

PREMAL DHARIA, #98380
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-0872
Email: premal_dharia@fd.org